UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
KINGVISION PAY-PER-VIEW, LTD.,
as Broadcast Licensee of the May 14, 2005
Wright/Trinidad Program,

                Plaintiff,

    -against-

JOSE M. LUGO, Individually and as an officer, director,
shareholder and/or principal of J & L Grocery and Deli,
Inc., d/b/a Juniors Grocery and Deli a/k/a Juniors Grocery
Store, and J & L Grocery and Deli, Inc. d/b/a Juniors
Grocery and Deli a/k/a Juniors Grocery Store,

                Defendants.
---------------------------------------------------------------- X

06-CV-2512 (ARR) (RER)

NOT FOR ELECTRONIC
OR PRINT
PUBLICATION

OPINION AND ORDER

ROSS, United States District Judge:

The court has received the Report and Recommendation on the instant case dated October 11, 2006, from the Honorable Ramon E. Reyes, Jr., United States Magistrate Judge. No objections have been filed. Having conducted a de novo review of the record, the court hereby adopts the Report and Recommendation, in its entirety, as the opinion of the court pursuant to 28 U.S.C. § 636(b)(1).

Accordingly, the court enters a default judgment against both Jose M. Lugo and J & L Grocery and Deli, Inc. The court further orders that plaintiff be awarded statutory and enhanced damages in the amount of $7,500.00, for which the defendants are jointly and severally liable. This total amount represents $5,000.00 in statutory damages and $2,500.00 in enhanced damages because defendants acted willfully and for purposes of commercial advantage.

1

The court further orders that plaintiff be awarded $942.75 in attorney's fees and $550.00 in costs, for which the defendants are also jointly and severally liable. The Clerk of the Court is directed to enter judgment accordingly.

    SO ORDERED.

/s/
———————————————
Allyne R. Ross
United States District Judge

Dated: November 20, 2006
       Brooklyn, New York

SERVICE LIST:

*Counsel for Plaintiff:*
Julie Cohen Lonstein
Lonstein Law Office, P.C.
1 Terrace Hill, Box 351
Ellenville, NY 12428

*Defendants*:
Jose M. Lugo
222 Manhattan Ave.
Brooklyn, NY 11206

J & L Grocery and Deli, Inc.
222 Manhattan Ave.
Brooklyn, NY 11206-1103

cc:     Magistrate Judge Reyes